

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00801-CV

**PMSALS 1 LLC**,
Appellant

v.

**AMERICAN OPPORTUNITY FOR HOUSING PERRIN OAKS LLC**; American
Opportunity for Housing Inc, David Starr, Fidelity National Title Insurance Company,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13524
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellant's fourth motion for extension of time to file a brief is granted. The appellant's brief is now due March 17, 2014, forty-two days after the original due date. The third motion for extension of time is denied as moot.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court